AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
District of Nevada

| | |
|---|---|
| ARROWHEAD TACTICAL APPAREL, LLC, a Delaware limited liability company, <br><br> *Plaintiff(s)* <br> v. <br> ECOMMERCE INNOVATIONS, LLC (d/b/a We The People Holsters), a Nevada limited liability company, <br><br> *Defendant(s)* | Civil Action No. 2:25-cv-909-APG-MDC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

ECOMMERCE INNOVATIONS, LLC (d/b/a We The People Holsters), a Nevada limited liability company
c/o Registered Agent
David Strager
3245 Palm Center Drive, Las Vegas, NV 89103

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

SCOTT R. LACHMAN, ESQ., **Akerman LLP,** 1180 North Town Center Drive, Suite 290, Las Vegas, NV 89144 Telephone:  (702) 634-5000
Email:  scott.lachman@akerman.com

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

DEBRA K. KEMPI
CLERK

*(By) DEPUTY CLERK*

05/23/25
DATE