David R. Koch (NV Bar No. 8830)
dkoch@kskdlaw.com
Steven B. Scow (NV Bar No. 9906)
sscow@kskdlaw.com
KING SCOW KOCH DURHAM LLC
11500 S. Eastern Ave., Suite 210
Henderson, Nevada 89052
Telephone: (702) 833-1100
Facsimile: (702) 833-1107

Marc Vander Tuig (to be admitted *pro hac vice*)
MVanderTuig@atllp.com
ARMSTRONG TEASDALE LLP
7700 Forsyth Boulevard, Suite 1800
St. Louis, MO 63105
Telephone: (314) 259-4798

*Attorneys for Defendant*
*Ecommerce Innovations, LLC*
*(d/b/a We The People Holsters)*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARROWHEAD TACTICAL APPAREL, LLC, a Delaware limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>ECOMMERCE INNOVATIONS, LLC (d/b/a We The People Holsters), a Nevada limited liability company,<br><br>Defendant. | Case No. 2:25-cv-909<br><br>**STIPULATION AND [PROPOSED] ORDER TO EXTEND DEADLINE FOR DEFENDANT TO FILE ANSWER TO COMPLAINT**<br><br>**(First Request)** |

Defendant Ecommerce Innovations, LLC (d/b/a We The People Holsters) ("Defendant"), by and through its counsel of record King Scow Koch Durham LLC and Armstrong Teasdale LLP, and Plaintiff Arrowhead Tactical Apparel, LLC ("Plaintiff"), by and through its counsel of record Akerman LLP and Hillyer Legal, PLLC, hereby stipulate as follows:

1. Plaintiffs filed the complaint on May 23, 2025.

2. Defendant recently retained the undersigned as counsel, who are in the process of investigating the underlying factual allegations in the complaint.

3. Based on the foregoing, counsel for Plaintiff has agreed to set the deadline for Defendant to respond to the complaint to August 6, 2025.

DATED this 3rd day of July, 2025.                    DATED this 3rd day of July, 2025.

**KING SCOW KOCH DURHAM LLC**                        **AKERMAN LLP**

By: __/s/ Steven B. Scow__                           By: __/s/   Scott R. Lachman__
Steven B. Scow, Esq.                                 Scott R. Lachman, Esq.
11500 S. Eastern Ave., Suite 210                     1180 N. Town Center Dr., Ste. 290
Henderson, NV 89052                                  Las Vegas, NV 89144

Marc Vander Tuig, Esq.                               **HILLYER LEGAL, PLLC**
(*pro hac vice pending*)
**ARMSTRONG TEASDALE LLP**                           Gregory L. Hiller, Esq.
7700 Forsyth Boulevard, Suite 1800                   Nicholas J. Sullivan
St. Louis, MO 63105                                  1180 N. Town Center Dr., Ste. 290
                                                     Las Vegas, NV 89144

*Attorneys for Defendant Ecommerce                   *Attorneys for Plaintiff Arrowhead Tactical
Innovations, LLC (d/b/a We The People                Apparel, LLC*
Holsters)*

### ORDER

**IT IS SO ORDERED.**

**IT IS FURTHER ORDERED** that the *Motion for Extension of Time* (ECF No. 14) is denied as moot.

_____
Hon. Maximiliano D. Couvillier III
United States Magistrate Judge
Date: 7/7/2025

-2-