SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com

GREGORY L. HILLYER (admitted *pro hac vice*)
NICHOLAS J. SULLIVAN (admitted *pro hac vice*)
**HILLYER LEGAL, PLLC**
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Phone: (202) 686-2884
Fax: (202) 686-2877
Email: ghillyer@hillyerlegal.com
        nsullivan@hillyerlegal.com

*Attorneys for Arrowhead Tactical Apparel, LLC*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ARROWHEAD TACTICAL APPAREL, LLC, a Delaware limited liability company, | Case No. 2:25-cv-00909-APG-MDC |
| Plaintiff, | ORDER GRANTING |
| vs. | |
| ECOMMERCE INNOVATIONS, LLC (d/b/a We The People Holsters), a Nevada limited liability company, | **JOINT STATUS REPORT AND FURTHER REQUEST FOR A STAY** |
| Defendant. | |

Plaintiff Arrowhead Tactical Apparel, LLC ("Arrowhead") and Defendant Ecommerce Innovations, LLC (d/b/a We The People Holsters) ("Ecommerce") (collectively, the "Parties"), by and through their respective counsel, having reached a settlement in principle, pursuant to the Court's Order [D.E. 27] ("Order") hereby provide this joint status report and respectfully request another thirty (30) day stay of these proceedings and to hold all deadlines in abeyance pending the execution of a formal settlement agreement, and in support thereof, state as follows:

1. Since the issuance of the Order, the Parties have been in communication regarding the exchange of the settlement agreement. A draft is the process of being approved by Plaintiff and will be provided to Defendant in the short term.

2. Thereafter, the Parties expect to negotiate, finalize and execute a formal settlement agreement within the next thirty (30) days.

3. Following the execution of a formal settlement agreement, the Parties will be filing a joint request for a dismissal of this action, with prejudice.

4. In order to conserve the resources of the Court and the Parties, the Parties agreed to jointly file a motion to stay this action pending execution of the formal settlement agreement.

5. Should the parties require additional time to finalize the settlement agreement, the Parties would provide the Court with another status report and request for a reasonable extension of time to complete the agreement.

6. In view of the foregoing, the Parties believe there is good cause for another thirty (30) day stay, or a stay until such time that a dismissal is filed, and respectfully request that the Court enter an Order to this effect.

DATED this 31st day of October, 2025.

**ORDER**

IT IS SO ORDERED:

Dated: November 3, 2025

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| SCOTT R. LACHMAN, ESQ.<br>Nevada Bar No. 12016<br>**AKERMAN LLP**<br>1180 North Town Center Drive, Suite 290<br>Las Vegas, Nevada 89144<br>Telephone: (702) 634-5000<br>Facsimile: (702) 380-8572<br>Email: scott.lachman@akerman.com<br><br>*/s/ Nicholas J. Sullivan*<br>GREGORY L. HILLYER (*pro hac vice*)<br>NICHOLAS J. SULLIVAN (*pro hac vice*)<br>**HILLYER LEGAL, PLLC** | */s/ Marc W. Vander Tuig*<br>Steven B. Scow, Esq.<br>11500 S. Eastern Ave., Suite 1210<br>Henderson, NV 89052<br><br>Marc W. Vander Tuig, Esq.<br>(pro hac vice)<br>7700 Forsyth Blvd., Suite 1800<br>St. Louis, Missouri 63105<br><br>*Attorneys for Defendant Ecommerce Innovations, LLC (d/b/a We The People Holsters)* |

2

5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Phone: (202) 686-2884
Fax: (202) 686-2877
Email: ghillyer@hillyerlegal.com
       nsullivan@hillyerlegal.com

*Attorneys for Arrowhead Tactical Apparel, LLC*