SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com

GREGORY L. HILLYER (admitted *pro hac vice*)
NICHOLAS J. SULLIVAN (admitted *pro hac vice*)
**HILLYER LEGAL, PLLC**
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Phone: (202) 686-2884
Fax: (202) 686-2877
Email: ghillyer@hillyerlegal.com
         nsullivan@hillyerlegal.com

*Attorneys for Arrowhead Tactical Apparel, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARROWHEAD TACTICAL APPAREL, LLC, a Delaware limited liability company,<br><br>                              Plaintiff,<br><br>vs.<br><br>ECOMMERCE INNOVATIONS, LLC (d/b/a We The People Holsters), a Nevada limited liability company,<br><br>                              Defendant. | Case No. 2:25-cv-00909-APG-MDC<br><br>**ORDER GRANTING**<br><br>**JOINT STATUS REPORT AND FURTHER REQUEST FOR A STAY** |

Plaintiff Arrowhead Tactical Apparel, LLC ("Arrowhead") and Defendant Ecommerce Innovations, LLC (d/b/a We The People Holsters) ("Ecommerce") (collectively, the "Parties"), by and through their respective counsel, having reached a settlement in principle, pursuant to the Court's Order [D.E. 29] ("Order") hereby provide this joint status report and respectfully request another thirty (30) day stay of these proceedings and to hold all deadlines in abeyance pending the execution of a formal settlement agreement, and in support thereof, state as follows:

1.     Since the issuance of the Order, the Parties have exchanged redlines of the settlement agreement. A draft is currently in the process of being reviewed by Defendant.

2.     The Parties expect to finalize negotiation and execution of a formal settlement agreement within the next thirty (30) days.

3.     Following the execution of a formal settlement agreement, the Parties will be filing a joint request for a dismissal of this action, with prejudice.

4.     In order to conserve the resources of the Court and the Parties, the Parties agreed to jointly file a motion to stay this action pending execution of the formal settlement agreement.

5.     Should the parties require additional time to finalize the settlement agreement, the Parties would provide the Court with another status report and request for a reasonable extension of time to complete the agreement.

6.     In view of the foregoing, the Parties believe there is good cause for another thirty (30) day stay, or a stay until such time that a dismissal is filed, and respectfully request that the Court enter an Order to this effect.

DATED this 3rd day of December, 2025.

**ORDER**

**IT IS SO ORDERED:**

_____

**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: December 4, 2025**

SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com

_/s/ Nicholas J. Sullivan_____
GREGORY L. HILLYER (*pro hac vice*)
NICHOLAS J. SULLIVAN (*pro hac vice*)
**HILLYER LEGAL, PLLC**
5335 Wisconsin Avenue, N.W.
Suite 440

_/s/ Marc W. Vander Tuig_____
Steven B. Scow, Esq.
11500 S. Eastern Ave., Suite 1210
Henderson, NV 89052

Marc W. Vander Tuig, Esq.
(pro hac vice)
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105

*Attorneys for Defendant Ecommerce Innovations,*
*LLC (d/b/a We The People Holsters)*

Washington, D.C. 20015-2052
Phone: (202) 686-2884
Fax: (202) 686-2877
Email: ghillyer@hillyerlegal.com
        nsullivan@hillyerlegal.com

*Attorneys for Arrowhead Tactical Apparel, LLC*