1  SCOTT R. LACHMAN, ESQ.
   Nevada Bar No. 12016
2  **Akerman LLP**
   1180 North Town Center Drive, Suite 290
3  Las Vegas, Nevada 89144
   Telephone:  (702) 634-5000
4  Facsimile:  (702) 380-8572
   Email:  scott.lachman@akerman.com
5
   GREGORY L. HILLYER (admitted *pro hac vice*)
6  NICHOLAS J. SULLIVAN (admitted *pro hac vice*)
   **Hillyer Legal, PLLC**
7  5335 Wisconsin Avenue, N.W.
   Suite 440
8  Washington, D.C. 20015-2052
   Phone: (202) 686-2884
9  Fax: (202) 686-2877
   Email: ghillyer@hillyerlegal.com
10         nsullivan@hillyerlegal.com

11 *Attorneys for Arrowhead Tactical Apparel, LLC*
12

13                    UNITED STATES DISTRICT COURT

14                          DISTRICT OF NEVADA

15
16 | ARROWHEAD TACTICAL APPAREL, LLC, a Delaware limited liability company, | Case No. 2:25-cv-00909-APG-MDC |
17 | Plaintiff, | ORDER GRANTING **JOINT STATUS REPORT AND FURTHER REQUEST FOR A STAY** |
18 | vs. | |
19 | ECOMMERCE INNOVATIONS, LLC (d/b/a We The People Holsters), a Nevada limited liability company, | |
20 | | |
21 | Defendant. | |
22

23    Plaintiff Arrowhead Tactical Apparel, LLC ("Arrowhead") and Defendant Ecommerce

24 Innovations, LLC (d/b/a We The People Holsters) ("Ecommerce") (collectively, the "Parties"), by and

25 through their respective counsel, having finalized the settlement agreement, pursuant to the Court's

26 Order [D.E. 31] ("Order") hereby provide this joint status report and respectfully request another

27 ninety-five (95) day stay of these proceedings and to hold all deadlines in abeyance pending the final

28 settlement payment, and in support thereof, state as follows:

1. The Parties have finalized the settlement agreement resolving this dispute.

2. Pursuant to the settlement agreement, the Parties have agreed to file a dismissal after certain material terms are met which will occur ninety (90) days after the Execution Date.

3. In view of the foregoing, the Parties believe there is good cause for another ninety-five (95) day stay, or a stay until such time that a dismissal is filed, and respectfully request that the Court enter an Order to this effect.

DATED this 5th day of January, 2026.

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: January 6, 2026

SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone: (702) 634-5000
Facsimile: (702) 380-8572
Email: scott.lachman@akerman.com

/s/ Nicholas J. Sullivan
GREGORY L. HILLYER (*pro hac vice*)
NICHOLAS J. SULLIVAN (*pro hac vice*)
**HILLYER LEGAL, PLLC**
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Phone: (202) 686-2884
Fax: (202) 686-2877
Email: ghillyer@hillyerlegal.com
       nsullivan@hillyerlegal.com

*Attorneys for Arrowhead Tactical Apparel, LLC*

  /s/ Marc W. Vander Tuig
Steven B. Scow, Esq.
11500 S. Eastern Ave., Suite 1210
Henderson, NV 89052

Marc W. Vander Tuig, Esq.
(pro hac vice)
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105

*Attorneys for Defendant Ecommerce Innovations, LLC (d/b/a We The People Holsters)*