SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com

GREGORY L. HILLYER (admitted *pro hac vice*)
NICHOLAS J. SULLIVAN (admitted *pro hac vice*)
**HILLYER LEGAL, PLLC**
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Phone: (202) 686-2884
Fax: (202) 686-2877
Email: ghillyer@hillyerlegal.com
        nsullivan@hillyerlegal.com

*Attorneys for Arrowhead Tactical Apparel, LLC*

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARROWHEAD TACTICAL APPAREL, LLC, a Delaware limited liability company, | Case No. 2:25-cv-00909-APG-MDC |
| Plaintiff, | **ORDER GRANTING** |
| vs. | **JOINT STATUS REPORT AND FURTHER REQUEST FOR A STAY** |
| ECOMMERCE INNOVATIONS, LLC (d/b/a We The People Holsters), a Nevada limited liability company, | |
| Defendant. | |

Plaintiff Arrowhead Tactical Apparel, LLC ("Arrowhead") and Defendant Ecommerce Innovations, LLC (d/b/a We The People Holsters) ("Ecommerce") (collectively, the "Parties"), by and through their respective counsel, respectfully request another seven (7) day stay of these proceedings and to hold all deadlines in abeyance pending the final settlement payment, and in support thereof, state as follows:

1.      The Parties have executed the settlement agreement resolving this dispute.

2.     Pursuant to the settlement agreement, the Parties have agreed to file a dismissal after certain material terms are met which will occur by Monday, April 10, 2026.

3.     In view of the foregoing, the Parties believe there is good cause for another seven (7) day stay, or a stay until such time that a dismissal is filed and respectfully request that the Court enter an Order to this effect.

DATED this 10th day of April, 2026.

## ORDER

**IT IS SO ORDERED:**

**ANDREW P. GORDON**
**CHIEF UNITED STATES DISTRICT JUDGE**

**DATED: April 13, 2026**

SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com

*/s/ Nicholas J. Sullivan*
GREGORY L. HILLYER (*pro hac vice*)
NICHOLAS J. SULLIVAN (*pro hac vice*)
**HILLYER LEGAL, PLLC**
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Phone: (202) 686-2884
Fax: (202) 686-2877
Email: ghillyer@hillyerlegal.com
         nsullivan@hillyerlegal.com

*Attorneys for Arrowhead Tactical Apparel, LLC*

    */s/ Marc W. Vander Tuig*
Steven B. Scow, Esq.
11500 S. Eastern Ave., Suite 1210
Henderson, NV 89052

Marc W. Vander Tuig, Esq.
(*pro hac vice*)
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105

*Attorneys for Defendant Ecommerce Innovations, LLC (d/b/a We The People Holsters)*

2