SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com

GREGORY L. HILLYER (admitted *pro hac vice*)
NICHOLAS J. SULLIVAN (admitted *pro hac vice*)
**HILLYER LEGAL, PLLC**
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Phone: (202) 686-2884
Fax: (202) 686-2877
Email: ghillyer@hillyerlegal.com
        nsullivan@hillyerlegal.com

*Attorneys for Arrowhead Tactical Apparel, LLC*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ARROWHEAD TACTICAL APPAREL, LLC, a Delaware limited liability company,<br><br>                              Plaintiff,<br><br>vs.<br><br>ECOMMERCE INNOVATIONS, LLC (d/b/a We The People Holsters), a Nevada limited liability company,<br><br>                              Defendant. | Case No. 2:25-cv-00909-APG-MDC<br><br>**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Arrowhead Tactical Apparel, LLC ("Arrowhead") and Defendant Ecommerce Innovations, LLC (d/b/a We The People Holsters) ("Ecommerce") (collectively, the "Parties"), hereby jointly stipulate and agree to the dismissal of all claims in this action with prejudice. The Parties further stipulate and agree that each party shall bear its owns costs and attorneys' fees.

Accordingly, the Parties, by and through their respective counsel, hereby respectfully request that the Court dismiss this action, with prejudice, with each party to bear its own attorneys' fees and costs, pursuant to the order below.

DATED this 17th day of April, 2026.

**ORDER**

**IT IS SO ORDERED:**

_____
**UNITED STATES DISTRICT JUDGE**

DATED:_____April 20, 2026_____

SCOTT R. LACHMAN, ESQ.
Nevada Bar No. 12016
**AKERMAN LLP**
1180 North Town Center Drive, Suite 290
Las Vegas, Nevada 89144
Telephone:  (702) 634-5000
Facsimile:  (702) 380-8572
Email:  scott.lachman@akerman.com

_/s/ Nicholas J. Sullivan_____
GREGORY L. HILLYER (*pro hac vice*)
NICHOLAS J. SULLIVAN (*pro hac vice*)
**HILLYER LEGAL, PLLC**
5335 Wisconsin Avenue, N.W.
Suite 440
Washington, D.C. 20015-2052
Phone: (202) 686-2884
Fax: (202) 686-2877
Email: ghillyer@hillyerlegal.com
        nsullivan@hillyerlegal.com

*Attorneys for Arrowhead Tactical Apparel, LLC*

_/s/ Marc W. Vander Tuig_____
Steven B. Scow, Esq.
11500 S. Eastern Ave., Suite 1210
Henderson, NV 89052

Marc W. Vander Tuig, Esq.
(pro hac vice)
7700 Forsyth Blvd., Suite 1800
St. Louis, Missouri 63105

*Attorneys for Defendant Ecommerce Innovations, LLC (d/b/a We The People Holsters)*